IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Jeremiah Pettis**                                                                                         **Plaintiff**

No. 3:14-CV-022-JTR

**Carolyn W. Colvin, Acting Commissioner,**                                         **Defendant**
**Social Security Administration**

## JUDGMENT

Pursuant to the Memorandum and Order filed on this date, judgment is entered in favor of the Commissioner. This case is dismissed with prejudice.

Dated this 12th day of January, 2015.

_____
United States Magistrate Judge